# UNITED STATES DISTRICT COURT
for the
District of Minnesota

General Mills, Inc., et al.,

                    *Plaintiff,*

v.                                        Case No. 0:17–cv–03625–JRT–DTS

RAWBITE ApS, et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   RAWBITE ApS

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Benjamin W Hulse
        431 S 7th St Ste 2500
        Mpls, MN
        55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  August 8, 2017

# Summons and Complaint Return of Service

Case No. 0:17–cv–03625–JRT–DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: RAWBITE ApS

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

General Mills, Inc., et al.,

                        *Plaintiff,*

v.                                     Case No. 0:17–cv–03625–JRT–DTS

RAWBITE ApS, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  JB L.E.G.E.N.D. LLC

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Benjamin W Hulse
          431 S 7th St Ste 2500
          Mpls, MN
          55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  August 8, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17–cv–03625–JRT–DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: JB L.E.G.E.N.D. LLC

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: